UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION FILE NO. 4:22-cv-7

| | | |
|---|---|---|
| RAQUAN GREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| OFFICER LAMAR, OFFICER DOBBS, | ) | |
| OFFICER JARED, OFFICER SALTER, | ) | |
| OFFICER EUBANKS, OFFICER BANDE, | ) | |
| AND PITT COUNTY SHERIFF'S | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

NOW COMES Defendant Pitt County Sheriff's Department by and through undersigned counsel, and hereby file this Notice of Removal of the above described action to the United States District Court for the Eastern District of North Carolina from the General Court of Justice, Superior Court Division, Pitt County, North Carolina, where the action is now pending, as provided by Title 28, United States Code, Chapter 89, and states as follows:

1.     The above entitled action was commenced in the General Court of Justice, Superior Court Division, Pitt County, State of North Carolina and is now pending in that court. Copies of the Summons and Complaint were received by Pitt County Sheriff's Department on December 30, 2021.  Thus, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

2.     The United States District Court has jurisdiction by reason of 28 U.S.C. §§1441 and 1443 in that the action arose, and Plaintiff has based certain of his claims for relief against Defendant, by virtue of and under the United States Constitution, and provisions of federal law, including 42 U.S.C. § 1983.

3.      Defendant further alleges that the action was commenced by the filing of the Complaint by Plaintiff on December 22, 2021.

4.      A copy of all process, pleadings, and orders served upon Defendant are filed with this notice.  See attached Exhibits A through C.

5.      Defendant will give written notice of the filing of this notice to Plaintiff as required by 28 U.S.C. §1446(d).

6.      A copy of this notice will be filed with the Clerk of Superior Court of Pitt County, North Carolina, as required by 28 U.S.C. §1446(d), via the correspondence attached hereto as Exhibit "D" and incorporated as if fully set forth herein.

7.      As of the date of this filing, the remaining, individually named officer Defendants have not been served, and as such, their consent is not required pursuant to 28 U.S.C.S. § 1446(b)(2)(A).

WHEREFORE, Defendant hereby requests that this action proceed in this Court as an action properly removed to it.

This the 14th day of January, 2022.

SUMRELL SUGG, P.A.
*Attorneys for Defendant Pitt County Sheriff's Department*

By:     *s/Scott C. Hart*
        State Bar No. 19060
        E-mail:  shart@nclawyers.com

By:     *s/Frederick H. Bailey, III*
        State Bar No. 36603
        E-mail: fbailey@nclawyers.com
        Post Office Drawer 889
        New Bern, North Carolina  28563
        Telephone: (252) 633-3131
        Fax:  (252) 633-3507

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the **NOTICE OF REMOVAL** was served upon all parties to this action by depositing the same in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service, New Bern, North Carolina, and addressed to:

> Raquan Grey
> 1761 Robert Drive
> Greenville, NC  27834
> *Plaintiff Pro Se*

This 14th day of January, 2022.

> SUMRELL SUGG, P.A.
> *Attorneys for Defendant Pitt County Sheriff's Department*
>
> By:    *s/Frederick H. Bailey, III*
> State Bar No. 36603
> 416 Pollock Street
> Post Office Drawer 889
> New Bern, North Carolina, 28563
> (252) 633-3131
> (252) 633-3507 (facsimile)
> Email: fbailey@nclawyers.com

6\\\ss-sql\lssdocs\00000096\00129150.000.DOCX

3